FLEETWOOD FOUNDATION, INC., Respondent, v. DAILY MIRROR, INC., Defendant, Impleaded with WALTER WINCHELL, Appellant.— Order modified by eliminating items 2 and 3, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DIETERICH P. FISCHER, Respondent, v. MARY C. McCANN, as Executrix, etc., of ALFRED W. McCANN, Deceased, Appellant.— Order modified by permitting defendant to take part in the examination and to cross-examine witness Rose Koechler, and by striking out so much of the order as provides for the production of books and papers, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. If the papers are necessary they may be produced by subpœna. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES E. KEESSER, Respondent, v. EUREKA-MARYLAND ASSURANCE CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM ROSENBLATT, Appellant, v. VICTOR HOUSE and Another, Defendants, Impleaded with UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., of GEORGE V. A. McCLOSKEY, Deceased, a Former Member of Said Copartnership, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM ROSENBLATT, Appellant, v. VICTOR HOUSE and Another, Respondents. Impleaded with Another.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the limitation as to items 6 and 15 stricken out. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE McCLURE NEWSPAPER SYNDICATE, Respondent, v. JOHN N. WHEELER and NORTH AMERICAN NEWSPAPER ALLIANCE, INC., Appellants, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BENJAMIN N. KRAUT, Appellant, v. WORTHINGTON PUMP AND MACHINERY CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the respondent, with leave to plaintiff to serve the bill of particulars required by the orders of November 17, 1932, and March 13, 1933, within twenty days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of the Application of WILLIAM SPIVAK, Respondent, against JOHN H. DELANEY, Chairman, DANIEL L. RYAN and FRANK X. SULLIVAN, Commissioners, Constituting the Board of Transportation of the City of New York, Appellants.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RUTH SCHOTTLAND, Appellant, v. HARRY A. GORDON, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAY D. HARDING, Respondent, v. GENING REALTY CORPORATION, Appellant,

*Affd., 264 N. Y. 491.